1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXIS MCLEMORE,

          Plaintiff,

v.

ST. VINCENT'S HELP APTS, et al.,

          Defendants.

2:10-CV-330 JCM (RJJ)

**ORDER**

Presently before the court is the report and recommendation of United States Magistrate Judge Robert J. Johnston. (Doc. #8).

Upon reviewing the history of this case, the magistrate judge recommends that the case be dismissed with prejudice.

Beginning on March 10, 2010, and continuing until June 14, 2010, plaintiff Alexis McLemore has failed to appear in court at two scheduled hearings, and has failed to comply with the requirements of LSR 2-2, which requires the plaintiff to notify the court of her change of address. It is the finding of the magistrate judge that plaintiff has abandoned the present litigation.

Pursuant to Local Rule IB 3-2, the parties may file specific written objections to the magistrate judge's report and recommendation within fourteen days of receipt. Objections to the report and recommendation were due on September 27, 2010. To date, no objections have been filed.

Upon review of the magistrate judge's finding and recommendation (Doc. #8), and there not being any objections,

**James C. Mahan**
**U.S. District Judge**

1          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

2   Judge Robert J. Johnston's report and recommendation (Doc. #8) is AFFIRMED in its entirety.

3          IT IS THEREFORE ORDERED that the case of *McLemore v. St. Vincent's Help Apts et al*

4   (Case No. 2:10-cv-00330-JCM-RJJ) be, and the same hereby is, DISMISSED with prejudice.

5          DATED November 9, 2010.

6

7                                            _____
                                             **UNITED STATES DISTRICT JUDGE**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                        - 2 -